

📍 619 River Dr, Suite 340, Elmwood Park, NJ 07407
📞 (201) 508-0808
🌐 www.ogpartners.com

> Application granted. The Defendant is directed to answer or move with respect to the complaint in accordance with the Court's Individual Practices by June 20, 2022.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence at ECF 16.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            April 21, 2022

**VIA ELECTRONIC FILING**

Hon. Philip M. Halpern
United States District Court, Southern District of N
Hon. Charles L. Brieant Jr. Federal Building and C
300 Quarropas St.
White Plains, NY 10601

        Re:     *Combe Incorporated v. Inova Urun Gelistirme ve Kozmetik Uretim Ltd. Sti.*
                Civil Action No..: 7:21-cv-09308-PMH

Dear Judge Halpern:

        Defendant and Plaintiff respectfully submit this joint letter to update the Court regarding the status of service. Defendant's counsel has recently been retained, and Defendant has agreed to waive service of process pursuant to Federal Rule of Civil Procedure 4(d). As such, Defendant waives any objection to absence of a summons or of service, and retains all defenses and objections to the lawsuit, including jurisdictional and venue defenses. The parties have agreed to a 60-day deadline for Defendant to file an Answer or otherwise move as to the Complaint, making such a response due by June 20, 2022. Thank you for the Court's consideration of this matter.

                                        Respectfully,

                                        By: */s/ Crew Schielke*
                                            Crew Schielke, Esq.
                                            Onal Gallant & Partners
                                            619 River Dr., Suite 340
                                            Elmwood Park, NJ 07407
                                            P: 201-508-0808
                                            crew@ogplawfirm.com
                                            *Attorneys for Defendant*

                                        By: */s/ Ha Kung Wong*
                                            Ha Kung Wong, Esq.
                                            Venable LLP
                                            1290 Avenue of the Americas
                                            New York, NY 10104
                                            P: 212-218-2571
                                            hwong@venable.com
                                            *Attorneys for Plaintiff*

        cc:     Counsels of Record